NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIAN RICHARDS,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2025-1278

---

Petition for review of the Merit Systems Protection Board in No. SF-315H-21-0326-I-1.

---

Before DYK, PROST, and CHEN, *Circuit Judges*.

PER CURIAM.

### O R D E R

Brian Richards appealed his termination to the Merits System Protection Board and alleged discrimination based on disability and retaliation for Equal Employment Opportunity activities. The court directed the parties to show cause, and both the Merit Systems Protection Board and Mr. Richards agree that this court lacks jurisdiction.

Federal district courts, not this court, have jurisdiction over "[c]ases of discrimination subject to the provisions of [5 U.S.C. §] 7702," 5 U.S.C. § 7703(b)(2), which involve an

allegation of an action appealable to the Board and an allegation that a basis for the action was covered discrimination, § 7702.  *Perry v. Merit Sys. Prot. Bd.*, 582 U.S. 420, 437 (2017).  Here, Mr. Richards appealed his termination to the Board and alleged that a basis for that action was discrimination.  Therefore, we agree with the parties that this court lacks jurisdiction.

We agree with Mr. Richards that transfer to the United States District Court for the Southern District of California is appropriate.  28 U.S.C. § 1631; *see* § 7703(b)(2) (citing 42 U.S.C. § 2000-e-16(c)); 42 U.S.C. § 2000e-5(f)(3) (permitting an action to be brought "in any judicial district in the State in which the unlawful employment practice is alleged to have been committed").

Accordingly,

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 18, 2025
Date